1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MATTHEW GOODRICH | Case No.: 2:20-cv-00673-TLN-CKD |
| Plaintiff, | |
| v. | |
| GENERAL MOTORS, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER |
| Defendants | Honorable Judge Troy L. Nunley |

# ORDER

Upon consideration of the Joint Motion and [Proposed] Order Granting Joint Motion to Modify the Scheduling Order and good cause appearing therefore:

**IT IS ORDERED** that:

The fact discovery cut-off deadline continued from December 2, 2020 to March 2, 2021;

The disclosure of expert witnesses continued from January 29, 2021 to April 29, 2021;

The disclosure of supplemental lists of expert witnesses from February 26, 2021 to May 27, 2021;

The exchange of supplemental disclosures and responses by 30 days prior to dispositive motion hearing date;

The Joint Notice of Trial Readiness continued from to April 1, 2021 to June 30, 2021;

The Last Date to hear dispositive motions continued to August 29, 2021.

IT IS SO ORDERED.

DATED: November 6, 2020

Troy L. Nunley
United States District Judge