1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**EASRTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MATTHEW GOODRICH**<br><br>  Plaintiff,<br>v.<br><br>**GENERAL MOTORS LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive**<br>  Defendants. | CASE NO.: 2:20−CV−00673−TLN−CKD<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO MODIFY THE SCHEDULING ORDER**<br><br><br>Honorable Judge Troy L. Nunley |

1
ORDER GRANTING PARTIES' JOINT MOTION TO MODIFY THE SCHEDULING ORDER

**ORDER**

Upon consideration of the Joint Motion Requesting Continuance of Deadlines and [Proposed] Order Granting Joint Motion Requesting Continuance of Deadlines and good cause appearing therefore:

IT IS HEREBY ORDERED that:

The fact discovery cut-off deadline continued from March 2, 2021 to May 3, 2021;

The disclosure of expert witnesses continued from April 29, 2021 to June 28, 2021;

The disclosure of supplemental lists of expert witnesses from May 27, 2021 to July 26, 2021;

The exchange of supplemental disclosures and responses by 30 days prior to dispositive motion hearing date;

The Joint Notice of Trial Readiness continued from June 30, 2021 to August 30, 2021;

The Last Date to hear dispositive motions continued to October 28, 2021.

IT IS SO ORDERED.

Dated: February 18, 2021

Troy L. Nunley
United States District Judge