**UNITED STATES DISTRICT COURT**
**EASRTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MATTHEW GOODRICH** | **CASE NO.: 2:20−CV−00673−TLN−CKD** |
| Plaintiff, | **ORDER GRANTING PARTIES' STIPULATION TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| **GENERAL MOTORS LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive** | |
| Defendants. | Honorable Judge Troy L. Nunley |

# ORDER

Upon consideration of the Joint Motion Requesting Continuance of Deadlines and [Proposed] Order Granting Joint Motion Requesting Continuance of Deadlines and good cause appearing therefore:

IT IS HEREBY ORDERED that:

The disclosure of expert witnesses continued from June 28, 2021 to **July 28, 2021**;

The disclosure of supplemental lists of expert witnesses from July 26, 2021 to **August 12, 2021**;

IT IS SO ORDERED.

**DATED**: June 30, 2021

Troy L. Nunley
United States District Judge

3
[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION REQUESTING CONTINUANCE OF
DEADLINES GIVEN THE PUBLIC HEALTH CRISIS